UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PA SENG YANG,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br><br>    Defendant. | CIVIL NO. 1:23-CV-01213-EPG<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>(ECF No. 20) |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant, Martin O'Malley, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

|     |     |     |     |
| --- | --- | --- | --- |
| Dated: April 5, 2024 | | | */s/ Dolly Trompeter* |

Dated:  April 5, 2024                    */s/ Dolly Trompeter*
                                          DOLLY TROMPETER
                                          Attorney for Plaintiff
                                          *Authorized via e-mail on April 4, 2024

                                          PHILLIP A. TALBERT
                                          United States Attorney
                                          MATHEW W. PILE
                                          Associate General Counsel
                                          Social Security Administration

                                  By:     /s/ *Gabriel Bono*
                                          GABRIEL BONO
                                          Special Assistant United States Attorney

                                          Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 20), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g). The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated: **April 10, 2024**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE